FILED
CHARLOTTE, NC

AUG 21 2013

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNDER SEAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ARMOND BAKER ) <br> ) | DOCKET NO. 3:13CR234 <br><br> **ORDER TO SEAL** <br> **INDICTMENT** |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrant, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrant, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 21 day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE