# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:13-CR-00234-RJC-DSC

| | |
|---|---|
| USA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| ARMOND SEDEAN BAKER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 6), of the Indictment, (Doc. No. 3), without prejudice.

**IT IS ORDERED** that the Government's motion, (Doc. No. 6), is **GRANTED** and the Indictment, (Doc. No. 3), is **DISMISSED** without prejudice.

Signed: March 18, 2014

Robert J. Conrad, Jr.
United States District Judge